```
1  CUMMINS & WHITE, LLP
   Eric M. Khodadian (Bar No. 288146)
2  E-mail: ekhodadian@cwlawyers.com
   Lauren N. Horgan (Bar No. 355292)
3  E-mail: lhorgan@cwlawyers.com
   2424 S.E. Bristol Street, Suite 300
4  Newport Beach, CA 92660-0764
   Telephone: (949) 852-1800
5  Fax: (949) 852-8510
6  Attorneys for Plaintiff DR. JOSEPH
7  DISPENZA
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DR. JOSEPH DISPENZA, an individual, | CASE NO.: 2:25-cv-05411-JLS-E |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| HEALTH COMMUNICATIONS, INC., TANTOR MEDIA, INC., SIMON & SCHUSTER, LLC, and Does 1 through 100, inclusive, | **[FILED CONCURRENTLY WITH PROPOSED ORDER]** |
| Defendants. | (Assigned to Hon. Judge Josephine L. Staton, Courtroom 8A, 8th Floor) |
| | Complaint Served: 6/13/25<br>Current Response Date: 10/24/25<br>New Response Date: 11/7/25 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY'S OF RECORD:** Plaintiff DR. JOSEPH DISPENZA ("Plaintiff"), on the one hand, and Defendants HEALTH COMMUNICATIONS, INC. ("HCI"), TANTOR MEDIA INC. ("TANTOR"), and SIMON & SCHUSTER, LLC ("S&S") (collectively referred to as "Defendants"), on the other hand, hereby stipulate to extend the time to respond to the Complaint as follows ("Stipulation"):

**WHEREAS,** Plaintiff filed a complaint ("Complaint") on June 13, 2025, in this United States District Court for the Central District of California, Case No. 2:25-cv-

1. 05411-JLS-E (the "Action") alleging that Defendants infringed upon its copyrighted works under 17 U.S.C. § 101, et seq., amongst other claims and sought declaratory relief thereon;

**WHEREAS**, Defendants were served with the Summons and Complaint on September 4, 2025;

**WHEREAS**, Defendants' deadline to answer or otherwise respond to the Complaint was September 25, 2025, Pursuant to Federal Rule of Procedure 12(a)(1)(A);

**WHEREAS**, pursuant to a stipulation made under Local Rule 8-3, the Parties agreed to extend the Defendants' time to respond to Plaintiff's Complaint by no more than 30 days, to October 24, 2025. The stipulation was entered to allow the Parties to continue to discuss potential resolution of the allegations made in the Complaint;

**WHEREAS**, the Parties are actively engaged in settlement discussions and are close to finalizing the terms of the settlement agreement, the Parties hereby stipulate and agree that Defendants shall have an additional fourteen (14) days to respond to the Complaint, extending the deadline to November 7, 2025.

**WHEREAS**, this extension is requested to allow the Parties to finalize the settlement discussions and will not impact any other deadlines currently set by the Court;

**WHEREAS**, the purpose of this stipulation is for the sole purpose of promoting judicial economy and saving the Court's and the Parties' resources;

**NOW, THEREFORE,** IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective undersigned counsel, that:

1. The time for Defendants to answer or otherwise respond to the Complaint is extended to November 7, 2025.

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
|X854|2836239.DOCX;1|

| | | |
|---|---|---|
| 1 | Dated: October 24, 2025 | CUMMINS & WHITE, LLP |
| 2 | | |
| 3 | | By: */s/ Eric M. Khodadian* |
| 4 | | Larry M. Arnold, P.C.<br>Eric M. Khodadian |
| 5 | | Lauren N. Horgan<br>Attorneys for Plaintiff DR. JOSEPH DISPENZA |
| 6 | | |
| 7 | | |
| 8 | Dated: October 24, 2025 | LAW OFFICE OF ROBERT N. SOLOMON |
| 9 | | |
| 10 | | By: */s/ Robert N. Solomon* |
| 11 | | Robert N. Solomon<br>Attorneys for Defendant HEALTH COMMUNICATIONS, INC. |
| 12 | | |
| 13 | Dated: October 24, 2025 | RBMEDIA |
| 14 | | |
| 15 | | By: */s/ Anoosha Rouhanian* |
| 16 | | Anoosha Rouhanian<br>Attorney for Defendant TANTOR MEDIA, INC. |

### Attestation of Concurrence

I, Eric M. Khodadian, as the ECF user and filer of this document, attest that, pursuant to L. R. 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from Robert N. Solomon, Esq. and Anoosha Rouhanian, one of the above signatories.

Date: October 24, 2025                      By: /s/Eric M. Khodadian
                                                 Eric M. Khodadian, Esq.

# CERTIFICATE OF SERVICE

*Joseph Dispenza, M.D. v. Health Communications, Inc., et al.*
United States District Court, Central District of California
Case No.:

I, the undersigned, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2424 S.E. Bristol Street, Suite 300, Newport Beach, CA 92660-0764.

On October 24, 2025, I served the following document(s) **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Robert N. Solomon, Esq.
Law office of Robert N. Solomon
156 E 79th St.
New York, NY 10075-0435
Office: 212-768-9500
rns@rnslegal.com
Attorneys for Defendant HEALTH COMMUNICATIONS, INC.

Anoosha Rouhanian, Esq.
RB Media
8400 Corporate Drive, Suite 100
Landover, MD 20785
(240) 825-3695 ext. 119
arouhanian@recordedbooks.com
Attorneys for Defendant TANTOR MEDIA, INC.

Rebecca Vang, CSC Lawyers Incorporating Service, Agent for Service
2710 Gateway Oaks Drive, Suite 150N,
Sacramento, CA 95833
For SIMON & SCHUSTER
(Via U.S. Mail only)

☑ **By CM/ECF:** I caused the above-referenced document(s) to be served to the attached-named person(s) at his/her/their e-mail address(es) of record. The transmission was reported as complete and without error.

Executed on October 24, 2025, at Newport Beach, California.

☑ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

/s/ Diana L. Pimentel
Diana L. Pimentel