JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JOSEPH DISPENZA, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>HEALTH COMMUNICATIONS, INC., TANTOR MEDIA, INC., SIMON & SCHUSTER, LLC, and Does 1 through 100, inclusive,<br><br>          Defendants. | CASE NO.: 2:25-cv-05411-JLS-E<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |

**Error! Unknown document property name.**

Upon consideration of the Stipulation for Entry Of Judgment and Permanent Injunction (Doc. 26) of Plaintiff DR. JOSEPH DISPENZA ("Plaintiff"), on the one hand, and Defendants HEALTH COMMUNICATIONS, INC. ("HCI"), TANTOR MEDIA INC. ("TANTOR"), and SIMON & SCHUSTER, LLC ("S&S") (together called "Defendants" or individually as "Defendant"), on the other hand, and good cause appearing hereto, IT IS HEREBY ORDERED, ADJUDGED, DECREED, AND DECLARED as follows:

1. Defendants waive any objection to service, jurisdiction, and/or venue for the purposes of this Stipulated Judgment.

2. The Court hereby finds and declares that the Publishing Agreement dated August 2, 2005, between Plaintiff and Defendant HCI, attached as Exhibit A to the operative Complaint (Doc. 1), and the Licensing Agreement dated October 10, 2016 between HCI and TANTOR, referenced in the operative Complaint ¶ 16 and attached to the Complaint as Exhibit B are both terminated with all rights thereunder reverted back to Plaintiff.

3. The Court further declares that Plaintiff Dr. Joseph Dispenza is the sole and exclusive owner against all persons and entities, of any and all intellectual property rights, copyrights, and all rights, title, and interest in and to the following original works at issue in this Action: "Evolve Your Brain: The Science of Changing Your Mind" registered under United States Copyright Registration No. TX0006518828 and Copyright Application Case No. 1-14932020771 (called the "Works"), including, but not limited to, all copyrights, derivative rights, and rights to exploit, reproduce, distribute, display, or perform the Works, and/or any other related rights in the Works, are hereby reverted to and vested solely in Plaintiff Dr. Joseph Dispenza. Defendants shall have no further rights or claims thereto.

4. Further, for the avoidance of doubt, all rights of reproduction, sale, rental and distribution in respect of the sound recording of "Evolve Your Brain: The Science of Changing Your Mind" (ISBN/ISBN 13 Nos. 151591643X, 1515966437,

9781515916437 and 9781515966432) created by Tantor Audio, a division of Recorded Books, and narrated by Sean Runnette (i.e., the Master Recording), including the unabridged Audio CD are hereby irrevocably and legally assigned, transferred, and released to Plaintiff Dr. Joseph Dispenza. Defendants shall have no further rights or claims thereto.

`5.    Further, for the avoidance of doubt, all right, title, and interest, including any right to payment, royalties, or other compensation, whether now existing or hereafter arising, under the Foreign Licenses (as defined in the Agreement) are hereby irrevocably assigned, transferred, and released to Plaintiff, Dr. Joseph Dispenza, as of December 31, 2025. HCI shall have no further right, title, or claim thereto and shall execute any documents reasonably necessary to effectuate this assignment upon request.

6.    Defendants shall immediately cease and desist from any further use, reproduction, copying, publication, distribution, display, exploitation, licensing, sale, and/or performance of the Works, and shall take all steps necessary to effectuate the reversion and/or transfer of any and all interest and/or rights in the Works to Plaintiff, with the exception that Defendant HCI is permitted to sell off any remaining physical inventory through December 31, 2025.

IT IS FURTHER ORDERED THAT:

7.    Defendants and their agents, assigns, employees, successors, partners, independent contractors, and anyone working in concert or on their behalf are HEREBY RESTRAINED and ENJOINED from the following acts and conduct, without the prior written consent of Plaintiff:

    A.    Using, reproducing, distributing, displaying, performing, or making derivative works of the Works, or any portion thereof, in any form or medium, whether now known or hereafter developed.

    B.    Licensing, sublicensing, assigning, or otherwise transferring any rights in the Works to any third party.

      C. Claiming or asserting any ownership, interest, or rights in the Works, including but not limited to copyright, trademark, or any other intellectual property rights.

      D. Assisting, inducing, or encouraging any third party to engage in any of the foregoing prohibited acts.

      E. Making any public statements that suggest the Defendants, individually or collectively, retain any rights in the Works or that the settlement agreement permits continued use of the Works.

      F. Entering into any agreement, understanding, or arrangement that would grant the Defendant, or any third party, rights to use, reproduce, or distribute the Works, except as expressly authorized in writing by the Plaintiff.

      G. Removing, altering, or obscuring any copyright notices, attributions, or other identifying information associated with the Works.

      H. Circumventing any technological measures used by the Plaintiff to control access to or use of the Works, as prohibited by applicable law.

      I. Taking any action to obstruct or interfere with Plaintiff's exclusive ownership, interest, and rights in the Works, and/or any legal steps required to perfect same.

8. The Court finds there is no just reason for delay in entering this permanent injunction against Defendants and directs immediate entry upon execution by the Court.

9. Upon entry of this Judgment, this Action will be resolved as to all causes of action and/or any potential cross-claims, and the Action is HEREBY DISMISSED. However, the Court shall retain jurisdiction to enforce this Judgment and/or the

Settlement Agreement entered between Plaintiff and Defendants.

Dated: November 24, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

5